[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-2035

FAROUK O. MARTINS,

Plaintiff, Appellant,

v.

CHARLES HAYDEN GOODWILL INN SCHOOL,

Defendant, Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Robert E. Keeton, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Selya and Stahl, Circuit Judges. 



Farouk Martins on brief pro se. 
Andrew L. Matz, Bret A. Cohen and Stoneman, Chandler & Miller LLP 
on brief for appellee.



January 28, 1998


Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We affirm essentially for the reasons

stated in the district court's memoranda and orders, dated

July 14, 1997 and July 28, 1997.

We deny the appellee's request that we enter an order

preventing appellant from further court action based upon the

same underlying facts. Such a request is more properly

addressed to the district court in the event of any future

filing. We decline to remark upon the appropriateness of

granting such a request and leave it to the district court's

discretion if and when the occasion for consideration arises.

Affirmed. Loc. R. 27.1. 

-2-